PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0208-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VIN WHEALEN GAINES JR., | DATE: November 16, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 16, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until December 14, 2021, and to exclude time between November 16, 2021, and December 14, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 654 pages of investigative reports and other documents, as well as

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    numerous video and audio recordings and other materials.  All of this discovery has been

2    produced directly to counsel and/ or made available to defense counsel for inspection.

3           b)     The indictment in this case was returned on November 5, 2020.

4           c)     In August 2021, this case was reassigned within the Office of the Federal

5    Defender to Assistant Federal Defender Douglas Beevers.  *See* Designation of Counsel, ECF No.

6    45 (filed August 19, 2021).

7           d)     Counsel for defendant needs additional time to review the discovery, conduct

8    investigation, confer with his client regarding defense strategy, and to otherwise prepare for trial.

9    Counsel for the defendant is currently in a multi-week trial in *United States v. Kembrud*, 2:19-

10   CR-218-WBS.

11          e)     Counsel for defendant believes that failure to grant the above-requested

12   continuance would deny him the reasonable time necessary for effective preparation, taking into

13   account the exercise of due diligence.

14          f)     The government does not object to the continuance.

15          g)     Based on the above-stated findings, the ends of justice served by continuing the

16   case as requested outweigh the interest of the public and the defendant in a trial within the

17   original date prescribed by the Speedy Trial Act.

18          h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

19   et seq., within which trial must commence, the time period of November 16, 2021 to December

20   14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

21   Code T4] because it results from a continuance granted by the Court at defendant's request on

22   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

23   best interest of the public and the defendant in a speedy trial.

24   4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

25   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26   must commence.

27          IT IS SO STIPULATED.

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2  Dated:  November 11, 2021                     PHILLIP A. TALBERT
                                                Acting United States Attorney
3

4                                               /s/ DAVID W. SPENCER
                                                DAVID W. SPENCER
5                                               Assistant United States Attorney

6

7  Dated:  November 11, 2021                     /s/ DOUGLAS J. BEEVERS
                                                DOUGLAS J. BEEVERS
8                                               Counsel for Defendant
                                                VIN WHEALAN GAINES JR.
9

10

11

12
                                  **FINDINGS AND ORDER**
13
        IT IS SO FOUND AND ORDERED this 12th day of November, 2021.
14

15                                              /s/ John A. Mendez

16                                              THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28